UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY W. NAJAWICZ

    Plaintiff,

v.

                                      Case No. 11-15479
                                      Hon. Lawrence P. Zatkoff

AT&T SERVICES, INC.,

    Defendant.
_____/

## ORDER

On February 27, 2012, Defendant filed a Motion for a More Definite Statement of Plaintiff's Claims [dkt 9]. On March 21, 2012, Plaintiff, proceeding *pro se*, filed a Motion for Extension of Time to respond to Defendant's Motion [dkt 10]. Because Plaintiff's Motion for Extension of Time was filed after the deadline by which he was to respond to Defendant's Motion, the Court shall deny Plaintiff's Motion, and will consider Defendant's Motion for a More Definite Statement unopposed. *See* Fed. R. Civ. P. 6(b)(1) ("the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, *before the original time or its extension expires*") (emphasis added).

Accordingly, it is HEREBY ORDERED that Plaintiff's Motion for an extension of time [dkt 10] is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion for a More Definite Statement [dkt 9] is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall submit a more definite statement of his

1

claims on or before 5 p.m. on Tuesday, April 24, 2012.

IT IS SO ORDERED.

Date: April 11, 2012

                                                s/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
                                                U.S. DISTRICT JUDGE